**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY E. PAVLOVIC**                                                                  **PLAINTIFF**

**VS.**                                          **4:16-CV-00653-BRW**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                                              **DEFENDANT**

## ORDER

Pending are Defendant's Motion to Dismiss Bad Faith Claim (Doc. No. 5) and Plaintiff's

Motion to Remand and to Dismiss Bad Faith Claim (Doc. No. 8).

This case involves Plaintiff's demand for payment for roof damage pursuant to

Defendant's insurance policy.  Defendant denied the claim.  Without alleging specific facts

Plaintiff asserted that Defendant "is guilty of bad faith in conjunction with the nonpayment of

Plaintiff's claim."[1]  Plaintiff agrees that "Defendant's motion to dismiss [the bad faith claim]

should be granted at some stage of the proceeding."[2]  It is also undisputed that, without the bad

faith claim, the amount in dispute if far below the federal jurisdiction threshold of $75,000.

Accordingly, Defendant's Motion to Dismiss Bad Faith Claim (Doc. No. 5) is

GRANTED and the bad faith claim is DISMISSED.  Plaintiff's Motion to Remand and to

Dismiss Bad Faith Claim (Doc. No. 8) is GRANTED.  The Clerk of the Court is directed to

immediately REMAND this case to the Circuit Court of Lonoke County, Arkansas.

IT IS SO ORDERED, this 5th day of October, 2016.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 2.

[2]Doc. No. 8.